UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN ALBERTO J. L.,[1]

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX, et al.,

Respondents.

No. 1:26-cv-02258-TLN-CKD

**ORDER**

Petitioner Juan Alberto J. L. ("Petitioner"), an immigration detainee who is representing himself, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("the Petition") (ECF No. 1), a Motion to Proceed in Forma Pauperis (ECF No. 2), and a Motion to Appoint Counsel (ECF No. 3).

Pending the Court's ruling on this petition, Respondents shall not take any action to transfer Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (acknowledging the Court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only his first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

Petitioner's motion to proceed in forma pauperis is granted.  *See* 28 U.S.C. § 1914.

Additionally, in light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  **Within seven (7) court days from the date of this Order**, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

As to the Petition, Respondents shall file a response to the Petition **within three (3) court days from the date of this Order**.  Any response must include Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the motion for TRO.  Failure to timely respond shall be construed as a non-opposition.  *See* L.R. 230(c). Petitioner may file a reply, if any, **within ten (10) court days from the date of this Order**.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  In order to ensure this Court's jurisdiction to resolve the pending § 2241 petition, Respondents shall not transfer Petitioner to another detention center outside of this judicial district, pending further order of the Court.

2.  Petitioner's motion to proceed in forma pauperis (ECF No. 2) is GRANTED.

3.  Petitioner's motion to appoint counsel (ECF No. 3) is GRANTED.  Within seven (7) court days from the date of this Order, the appointing authority for the Eastern District of California shall identify counsel and notify the Court.

4.  Respondents shall file a response to the Petition within three (3) court days from the date of this Order.  Petitioner may file a reply, if any, within ten (10) court days from the date of this Order.

2

5. The Clerk of the Court shall serve a copy of this Order on the Federal Defender, Attention:  Habeas Appointment, along with a copy of the § 2241 petition.

6. The Clerk of the Court shall serve a copy of this Order together with a copy of Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

IT IS SO ORDERED.

Date: March 24, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3